UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILES WEISS,<br><br>  Plaintiff,<br><br>v.<br><br>RESONANT INC., GEORGE B. HOLMES, MICHAEL FOX, RUBÉN CABALLERO, ALAN B. HOWE, JACK H. JACOBS, JOSH JACOBS, JEAN RANKIN, and BOB TIRVA,<br><br>  Defendants. | Case No. 1:22-cv-01202 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 11, 2022

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Gina M. Serra
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
gms@rl-legal.com

*Attorneys for Plaintiff*